ACCEPTED
04-15-00320-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
5/21/2015 6:29:18 PM
KEITH HOTTLE
CLERK

04-15-00320-CV

CAUSE NO. 14-08-00154-CVL

| | | |
|---|---|---|
| JONATHAN SHURBERG AS PERSONAL REPRESENTATIVE OF THE ESTATE OF REBECCA LORD, INDIVIDUALLY AND DERIVATIVELY ON BEHALF OF LA SALLE INDUSTRIES, A LIMITED PARTNERSHIP,<br>Plaintiff, | §§§§§§§§§§§§§§§§§§ | IN THE DISTRICT COURT OF FILED IN<br>4th COURT OF APPEALS<br>SAN ANTONIO, TEXAS<br>05/21/2015 6:29:18 PM<br>KEITH E. HOTTLE<br>Clerk<br><br>LA SALLE COUNTY, TEXAS<br><br>218th JUDICIAL DISTRICT |
| V. | | |
| LA SALLE INDUSTRIES LIMITED, ROY G. MARTIN, JR. PROPERTY MANAGEMENT, INC., ROY MARTIN AND ELIZABETH MARTIN,<br>Defendants. | | |

PLAINTIFF'S NOTICE OF APPEAL

Pursuant to Texas Rule of Appellate Procedure 25.1, Appellant, Plaintiff Jonathan Shurberg, as Personal Representative of the Estate of Rebecca Lord, individually and derivatively on behalf of La Salle Industries, a Limited Partnership, desires to appeal and gives notice of his appeal of the order granting Defendants' Motion to Dismiss for Lack of Standing/Plea to the Jurisdiction, signed on March 30, 2015, by the Honorable Donna S. Rayes, Judge Presiding, in Cause No. 14-08-00154-CVL, *Jonathan Shurberg as Personal Representative of the Estate of Rebecca Lord, individually and derivatively on behalf of La Salle Industries, a Limited Partnership, Plaintiff, v. LaSalle Industries Limited, Roy G. Martin, Jr. Property Management, Inc., Roy Martin and Elizabeth Martin, Defendants*, in the 218th Judicial District, La Salle County, Texas, to the Fourth Court of Appeals in San Antonio, Texas.



FILED FOR RECORD
At 1:20 o'clock A M.

MAY 4 2015

MARGARITA A. ESQUEDA
COUNTY & DISTRICT CLERK
LA SALLE COUNTY, TEXAS
BY_____ DEPUTY

Respectfully submitted,

McGINNIS LOCHRIDGE
Patton G. Lochridge
State Bar No. 12458500
Michael A. Shaunessy
State Bar No. 18134550
600 Congress Avenue, Suite 2100
Austin, Texas 78701
(512) 495-6000
(512) 495-6361 Fax
plochridge @mcginnislaw.com
mshaunessy@mcginnislaw.com
Christopher L. Halgren
State Bar No. 24069859
1111 Louisiana Street, Suite 4500
Houston, Texas 77002
(713) 615-8500
(713) 615-8585 Fax
chalgren@mcginnislaw.com

By: _M Shaunessy_ w/ permission by
     Michael A. Shaunessy    Blair Knox
     State Bar No. 18134550

*ATTORNEYS FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

A true and correct copy of this document was served in compliance with the Texas Rules of Civil Procedure on the following counsel of record by Certified Mail, Return Receipt Requested, on this 29th day of April, 2015.

Mr. Steve McConnico
Mr. Steve Wingard
Mr. Asher Griffin
SCOTT, DOUGLASS & MCCONNICO, LLP
303 Colorado, Suite 2400
Austin, Texas 78701
*smcconnico@scottdoug.com*
*swingard@scottdoug.com*
*agriffin@scottdoug.com*
***Attorneys for Defendants La Salle Industries Limited, Roy G. Martin, Jr., Property Management, Inc., Roy Martin and Elizabeth Martin***

Mr. Robert J. Myers
ATTORNEY AT LAW
2525 Ridgmar Boulevard, Suite 150
Fort Worth, Texas 76116
*Rmyers@myers-hill.com*
***Attorneys for Defendants Jennifer Lord, Brenda Lord, Kent Lord, Janie Martin, Mark Martin, Thomas L. Martin and Jill Martin***

w/ permission by
Blaire Knox

Michael A. Shaunessy